# IN THE UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

LAWRENCE PALMER, JR.,    )
    )
    Plaintiff,    )
    )
v.    )    CIVIL ACTION FILE NO. 4:16-CV-00189
    )
GEORGIA PORTS AUTHORITY,    )
    )
    Defendant.    )

## PROPOSED ORDER ON JOINT MOTION OF PLAINTIFF AND DEFENDANT
## TO STAY PROCEEDINGS PENDING ORDER
## ON PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT

THIS CAUSE, having come before the Court on the parties' joint Motion to Stay, and the

Court having considered the same, it is hereby ordered and adjudged as follows:

**GRANTED.** The Court **STAYS** further proceedings in this action pending this Court's

ruling on Plaintiff's Motion to Remand this action to the State Court of Chatham County.

ORDERED this _3rd_ day of _August_, 2016.

_____
~~The Honorable J. Randall Hall~~
United State ~~District Court~~ Judge
_Magistrate_